UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

VILLEROY & BOCH USA, INC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/18/2020
```

20 Civ. 5578 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 28, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by September 14, 2020, in advance of the pretrial conference scheduled for September 21, 2020. ECF No. 6. Those submissions are overdue.

Accordingly, it is ORDERED that the intial pretrial conference scheduled for September 21, 2020 is ADJOURNED to **September 28, 2020**, at **11:00 a.m**. The conference will proceed telephonically. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827. By **September 21, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: September 18, 2020
      New York, New York

                                                   ANALISA TORRES
                                          United States District Judge