

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2020
```

**STEIN | SAKS, PLLC**

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 2, 2020

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007

    Re:    **Guglielmo vs Villeroy & Boch USA, Inc.**
              **Case #: 1:20-cv-05578-AT**

Dear Judge Torres:

We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for October 5, 2020 at 10:00am be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

This is the first request for an adjournment. The Plaintiff will file for default within 45 days.

We thank Your Honor and the Court for its kind considerations and courtesies.

                                                        Respectfully submitted,

                                                        *s/ David Force*
                                                        David Force, Esq.

GRANTED. The initial pretrial conference scheduled for October 5, 2020, is ADJOURNED to **November 24, 2020**, at **10:00 a.m**. By **November 17, 2020**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall move for default.

SO ORDERED.

Dated: October 2, 2020
       New York, New York

                                                       ANALISA TORRES
                                               United States District Judge